IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-CR-57-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BASIM SULEIMAN, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion seeking amendment of his presentence report regarding a prior conviction of abuse/neglect. The court, having reviewed the record, finds no reason to alter or amend the presentence report. Therefore, the motion [DE #31] is DENIED.

This 26th day of August 2014.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26